**UNITED STATES DISTRICT COURT**
**IN THE WESTERN DISTRICT OF MICHIGAN**

ELIZABETH A. SPALSBURY,

      Plaintiff,                                      Case No. 1:23-cv-120
                                                                      Hon. Hala Y. Jarbou

EXPERIAN INFORMATION SOLUTIONS, INC.
EQUIFAX INFORMATION SERVICES LLC
and TRANS UNION LLC,

      Defendant(s).

_____/

NOTICE OF SETTLEMENT

      PLEASE TAKE NOTICE that all matters herein have been compromised and resolved between the Plaintiff and Defendant Trans Union LLC only, and the parties anticipate filing a Notice of Dismissal with Prejudice and proposed order no later than January 22, 2024 once this matter has been definitively resolved.

**RESPECTFULLY SUBMITTED,**

Date:  December 21, 2023

/s/Nicholas A. Reyna
Nicholas A. Reyna (P68328)
Attorney for Plaintiff
528 Bridge ST NW, Ste. 1A
Grand Rapids, MI 49504
(616) 235-4444