**UNITED STATES DISTRICT COURT**
**IN THE WESTERN DISTRICT OF MICHIGAN**

ELIZABETH A. SPALSBURY,

      Plaintiff,                                           Case No. 1:23-cv-120
                                                                     Hon. Hala Y. Jarbou

EXPERIAN INFORMATION SOLUTIONS, INC.
EQUIFAX INFORMATION SERVICES LLC
and TRANS UNION LLC,

      Defendant(s).

_____/

NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that all matters herein have been compromised and resolved between the Plaintiff and Defendant Trans Union LLC only.

THEREFORE, the Plaintiff and Defendant only agree through their counsel of record to dismiss the above-captioned matter with prejudice with no costs to be assessed to either party.

The dismissal completely terminates the above-entitled action against co-Defendant Trans Union LLC only.

**RESPECTFULLY SUBMITTED,**

Date:  January 23, 2024

/s/Nicholas A. Reyna
Nicholas A. Reyna (P68328)
Attorney for Plaintiff
528 Bridge ST NW, Ste. 1A
Grand Rapids, MI 49504
(616) 235-4444