UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH A. SPALSBURY,

    Plaintiff,

v.

                                            Case No. 1:23-cv-1210

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,                 Hon. Hala Y. Jarbou

    Defendants.
_____/

## ORDER OF DISMISSAL

The Court having reviewed the parties' stipulation for dismissal (ECF No. 23),

**IT IS ORDERED** that the parties' stipulation for dismissal (ECF No. 23) is **GRANTED**; this action is **DISMISSED** with prejudice and with no costs to be assessed to either party.

Dated: March 4, 2024                         /s/ Hala Y. Jarbou
                                                    HALA Y. JARBOU
                                                    CHIEF UNITED STATES DISTRICT JUDGE