**UNITED STATES DISTRICT COURT**
**IN THE WESTERN DISTRICT OF MICHIGAN**

ELIZABETH A. SPALSBURY,

      Plaintiff,                                                      Case No. 1:23-cv-01210
                                                                                 Hon. Hala Y. Jarbou

EXPERIAN INFORMATION SOLUTIONS, INC.
EQUIFAX INFORMATION SERVICES LLC
and TRANS UNION LLC,

      Defendant(s).

_____/

NOTICE OF SETTLEMENT

      PLEASE TAKE NOTICE that all matters herein have been compromised and resolved between the Plaintiff and Defendant Experian Information Solutions, Inc., and the parties anticipate filing a Notice of Dismissal with Prejudice and proposed order no later than May 20, 2024 once this matter has been definitively resolved.

**RESPECTFULLY SUBMITTED,**

Date:  April 18, 2024

/s/Nicholas A. Reyna
Nicholas A. Reyna (P68328)
Attorney for Plaintiff
528 Bridge ST NW, Ste. 1A
Grand Rapids, MI 49504
(616) 235-4444