**UNITED STATES DISTRICT COURT**
**IN THE WESTERN DISTRICT OF MICHIGAN**

ELIZABETH A. SPALSBURY,

      Plaintiff,                                Case No. 1:23-cv-01210
                                                                  Hon. Hala Y. Jarbou

EXPERIAN INFORMATION SOLUTIONS, INC.
EQUIFAX INFORMATION SERVICES LLC
and TRANS UNION LLC,

      Defendant(s).
_____/

NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that all matters herein have been compromised and resolved between the Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") only.

THEREFORE, the Plaintiff and Defendant only agree, through their counsel of record, to dismiss the above-captioned matter with prejudice with no costs to be assessed to either party.

The dismissal completely terminates the above-entitled action against co-Defendant Experian Information Solutions, Inc. only.

**RESPECTFULLY SUBMITTED,**

Date:  May 21, 2024

| | |
|---|---|
| /s/ *Nicholas A. Reyna* | /s/ Miriam I. Archibong |
| Nicholas A. Reyna (P68328) | Miriam I. Archibong |
| Attorney for Plaintiff | Jones Day LLP |
| 528 Bridge St NW, Ste 1A | 150 West Jefferson Street, Suite 2100 |
| (616) 235-4444 | Detroit, MI 48226 |
| Grand Rapids, MI 49504 | Phone: 313.230.7903 |
| Nickreyna7@hotmail.com | Fax: 313.230.7979 |
| | Marchibong@jonesday.com |
| | *Counsel for Experian* |

1