UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH A. SPALSBURY,

    Plaintiff,

v.

    Case No. 1:23-cv-1210

    Hon. Hala Y. Jarbou

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

The Court having reviewed the parties' stipulation for dismissal (ECF No. 27),

**IT IS ORDERED** that the parties' stipulation for dismissal (ECF No. 27) is **GRANTED**; this action is **DISMISSED** with prejudice and with no costs to be assessed to either party.

Dated: May 21, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE